# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:13-cr-393-KJD-VCF |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| JOEL JUAREZ-MAGANA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses the Indictment filed on October 22, 2013, as against JOEL JUAREZ-MAGANA.

DATED this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

*Robert A. Bork*

ROBERT A. BORK
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 22nd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

1